UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAINE NEVELS, G16564,<br><br>Petitioner,<br><br>v.<br><br>JEFF LYNCH, Acting Warden,<br><br>Respondent. | Case No. 20-cv-05448-CRB  (PR)<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS AS SECOND OR SUCCESSIVE PETITION** |

Petitioner, a state prisoner currently incarcerated at California State Prison, Sacramento (SAC), has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a 2014 conviction and/or sentence from Contra Costa County Superior Court. See ECF No. 1.  His first petition challenging the same conviction and/or sentence was denied on the merits on March 27, 2017.  See Nevels v. Gastelo, No. 16-cv-01053-CRB (PR) (N.D. Cal. Mar. 27, 2017) (order denying petition for a writ of habeas corpus).

A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition.  See 28 U.S.C. § 2244(b)(3)(A).  Petitioner has not obtained such an order from the Ninth Circuit.  The petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

But based solely on petitioner's affidavit of poverty filed in Nevels v Thich, No. 20-cv-02184-CRB (PR), leave to proceed in forma pauperis under 28 U.S.C. § 1915 is GRANTED.

The clerk is instructed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: September 16, 2020

_____
CHARLES R. BREYER
United States District Judge